Clayeo C. Arnold, SBN 65070
Anthony M. Ontiveros, SBN 152758
Kiersta D. Perlee, SBN 187675
**CLAYEO C. ARNOLD**
**A Professional Law Corporation**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 924-3100
Fax: (916) 924-1829
Email: aontiveros@justice4you.com
Email: kperlee@justice4you.com

Attorneys for Plaintiff KELLEY TRACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KELLEY TRACY, | Case No.: 2:15-cv-01770-JAM-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER OF DISMISSAL |
| HI-DOW INTERNATIONAL INCORPORATED, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), it is hereby stipulated that the above-entitled action may be dismissed, and the parties are to bear their own attorney's fees and costs.

Dated: 9/16/2016                        CLAYEO C. ARNOLD
                                        A Professional Law Corporation


                                        By: /s/ Kiersta D. Perlee
                                            KIERSTA D. PERLEE, ESQ.
                                            Attorney for Plaintiff
                                            KELLEY TRACY

///

| | |
|---|---|
| 1    Dated: 8/18/2016 | MATHENY SEARS LINKERT & JAIME LLP |

By: /s/ Julia M. Reeves
       JULIA M. REEVES, ESQ.
       Attorney for Defendant, HI-DOW
       INTERNATIONAL INCORPORATED

### **ORDER OF DISMISSAL**

It is hereby ordered that the above-referenced action be dismissed with prejudice, and the parties are to bear their own attorney's fees and costs.

Dated:  September 8, 2016         **/s/ JOHN A. MENDEZ**
                                                  JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT JUDGE